UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FILO HARRIS TURNER, III,**

    Petitioner

v.                                                **CASE NO. 3:17cv472-MCR/CAS**

**JULIE L. JONES, Secretary**
**Florida Department of Corrections,**

    Respondent.
_____/

# O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 15. The parties have been furnished with a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 10, is **DENIED**.

3. The amended § 2254 petition for writ of habeas corpus, ECF No. 4, is **DENIED**.

4. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

   **DONE AND ORDERED** this 10th day of September 2018.

   _s/ M. Casey Rodgers_
   **M. CASEY RODGERS**
   **UNITED STATES DISTRICT JUDGE**